# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANA ANDERSON, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | 8:16CV520 <br><br> ORDER OF DISMISSAL |

This matter is before the Court on the Notice of Dismissal, ECF No. 19, filed by Plaintiff Diana Anderson. Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the motion should be granted, and the above-captioned action should be dismissed, with prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff Diana Anderson 's Notice of Dismissal, ECF No. 19, is granted;

2. The above-captioned action is dismissed, with prejudice;

3. Any other pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 11th day of October, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge